**Order filed October 9, 2018.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00715-CV
_____

**IN THE INTEREST OF H.P.J., A CHILD**

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2013-27477**

## ORDER

Appellant's brief discloses the name of a person who was a minor when the underlying suit was filed. *See* Tex. R. App. P. 9.9(a)(3). Accordingly, the brief is **STRICKEN**.

Appellant is ordered to file a brief that complies with Texas Rule of Appellate Procedure 9.9 on or before **October 19, 2018.**

PER CURIAM